DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

24 JANUARY 2013

| 052A13 | State v. Bobby Lee McKenzie | 1. State's Motion for Temporary Stay (COA12-436) | 1. Allowed 01/23/13 |
| | | 2. State's Petition for Writ of Supersedeas | 2. Allowed **01/23/13** |
| 057PA12-2 | State v. Ronald Princegerald Cox | 1. State's Motion for Temporary Stay (COA11-609-2) | 1. Allowed **08/20/12;** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Allowed |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Allowed |
| | | 4. Def's Motion to Deem Response Timely Filed | 4. Allowed |
| 062P10-2 | Cleo Edward Land, Sr., and Raymond Alan Land, on his own Behalf and Derivatively on Behalf of Eddie Land Masonry Contractor, Inc. v. Cleo Edward Land, Jr., Nancy K. Land, and Eddie Land Masonry Contractor, Inc. | 1. Defs' Motion for Temporary Stay (COAP11-445) | 1. Allowed **06/29/11** |
| | | 2. Defs' Petition for *Writ of Supersedeas* | 2. |
| | | 3. Plts' Motion to Dissolve Temporary Stay | 3. Denied **03/08/12** |
| 086A02-2 | State v. Bryan Christopher Bell | Def's Motion to Hold in Abeyance the Time in which to File Petition for Writ of Certiorari | See Special Order |
| 089A12 | Marques Cole Jones v. Niah Drake Whimper | 1. Plt's Motion to Supplement Record (COA11-689) | 1. Allowed |
| | | 2. Def's Motion to Supplement Record on Appeal | 2. Allowed |
| 101P12 | Krista Dawn Cox, Joshua Scott Wallace, and Chesapeake Microfilm, Inc. v. David Roach, The Rectors and Visitors of the University of Virginia, Joe William Adkins, Jr., William T. Schatzman, and Hartford Fire Insurance Company | Plts' PDR Under N.C.G.S. § 7A-31 (COA11-905) | Denied |
| 132P12 | State v. Hugo Marquez | Petitioner's (Accredited Surety and Casualty Company, Beasley Bail Bonding Company, Inc.) PDR Under N.C.G.S. § 7A-31 (COA11-729) | Denied |